DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROGER DAVENPORT,**
Appellant,

v.

**HERITAGE LANDINGS ASSOCIATION, INC.,** a Florida Non-for-Profit
Corp., **ROSALIE BIANCO,** an individual, **FRANK E. KOSARICK
REVOCABLE TRUST,** and **DAVID MARKS,** an individual,
Appellees.

No. 4D22-2610

[July 6, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit,
Broward County; Martin J. Bidwill, Judge; L.T. Case No. CACE17-019161.

Roger Davenport, Pompano Beach, pro se.

Gerard S. Collins of Kaye Bender Rembaum, P.L., Pompano Beach, for
appellees Heritage Landings Association, Inc. and Rosalie Bianco.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J.., FORST and ARTAU, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***